UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT: HONORABLE DEE D. DRELL., Judge, Presiding     Date: March 7, 2016
         LaRae Bourque          , Court Reporter
         Paula S. Jordan          , Minute Clerk
                              , Interpreter

COURT OPENED: 5:20 P.M.     COURT ADJOURNED: 6:05 P.M.     TOTAL TIME IN COURT: /45

_____

### MINUTES OF COURT
_____

CASE NO. 16-cr-00045-01                             __ Defendant in custody
Judge Minaldi/Mag.Judge Whitehurst           __ Defendant on Bond, Bond cont'd
                                                       __ Bond set:
DEFENDANT: Jason Comeaux

                                                         __ Bond cancelled
GOVT. COUNSEL: Alex Van Hook                 __ Failed to appear, warrant ordered

DEFENSE COUNSEL: Lawrence Billeaud, Retained
_____

| | |
|---|---|
| X | Case called for rearraignment |
|     X | Information filed |
|     X | Waiver of indictment filed |
|     __ | Indictment reading waived |
|     __ | Plea of not guilty |
|          __ | days allowed for filing of defense motions |
|          __ | days thereafter allowed for filing Government responses and motions |
|          __ | trial set for: |
|     __ | Plea of nolo contendere |
|     X | Plea of guilty to counts: 1-3 of the Bill of Information |
|          X | Defendant under oath |
|          __ | Interpreter under oath |
|          X | Defendant advised of Rule 11 rights |
|          __ | Agent testified |
|          X | Filed Affidavit of Understanding of Maximum Penalty and Rights |
|          X | Filed Plea Agreement |
|          X | Other filings: Elements of Offense, Stipulated Facts, Agreement and Waiver of Statue of Limitations |
|          X | Plea of guilty accepted and judgment rendered |
|          X | Presentence report ordered; 70 day local rule is hereby waived |
|          X | Sentencing to be set following receipt of the presentence report |

Case called for other:
_____
    __ Case called for sentencing

         __ Dismissed counts:
         __ Defendant advised of right to appeal
_____

COMMENTS:

FBI Special Agent Sandra Zulli was sworn and testified.

IT IS ORDERED the defendant must remove all firearms from his residence immediately.

IT IS FURTHER  ORDERED that a special assessment of $100.00, per count,  is imposed on the defendant and is to be paid immediately.

IT IS FURTHER ORDERED the defendant is hereby released on his own recognizance.